KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
CLAUDE ARTHUR STROHL, aka
CLYDE A. STROHL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDE ARTHUR STROHL<br>aka CLYDE A. STROHL,<br><br>Defendant. | CASE NO. CR F-04-5244 OWW<br><br>ORDER AFTER HEARING ON COMPETENCY PROCEEDINGS UNDER 18 U.S.C. 4241(b) and 4247(b) and (c) |

On March 7, 2007 counsel for defendant CLYDE A. STROHL requested, by declaration and motion, that an expert be appointed to determine the competency of Defendant CLAUDE ARTHUR STROHL to stand trial. Present at the hearing were CLAUDE ARTHUR STROHL, represented by KATHERINE HART, Defendant STEPHEN EARL PROUT, represented by ERIC FOGDERUDE, and the UNITED STATES OF AMERICA, represented by STANLEY A. BOONE, Assistant United States Attorney. GOOD CAUSE APPEARING, it is hereby ordered as follows:

1. That the trial date of April 24, 2007 be vacated;

1

1    2. That DR. HOWARD TERRELL, M.D. and psychiatrist, be appointed by
2 the court to perform a competency evaluation of CLAUDE ARTHUR STROHL,
3 Defendant, now scheduled for March 29, 2007 at 8:45 a.m.;
4    3. That DR. HOWARD TERRELL, M.D., prepare a written report for the
5 court for the next hearing, which is scheduled for April 23, 2007 at 1:30 p.m.;
6    4. That the court reimburse DR. HOWARD TERRELL customary and
7 reasonable expenses for his court-ordered competency evaluation.

9 DATED: March  29, 2007          /s/ Oliver W. Wanger
                                  OLIVER W. WANGER, Judge of the
10                                Eastern District of California