KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
CLYDE ARTHUR STROHL

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-04-5244 OWW |
| Plaintiff, | STIPULATION TO RELEASE DEFENDANT FROM CUSTODY OF FEDERAL MARSHAL AND TO REINSTATE PRETRIAL RELEASE UNDER TERMS PREVIOUSLY ORDERED, AND ORDER |
| v. | |
| CLYDE ARTHUR STROHL et al. | |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR CLYDE ARTHUR STROHL AS FOLLOWS:

That defendant, who is to be returned by the Federal Marshals to Fresno, California on Monday, January 14, 2008, from a federal medical facility, where has been placed by order of this court, be released to his family members and placed on pretrial release on the conditions previously set.  This release shall be granted without the need for a pre-release court hearing.  The next status conference is

scheduled for January 28, 2008 at 1:30 p.m.  Defendant is ordered to be present.

DATED: January 11, 2008         /s/ Katherine Hart
                                KATHERINE HART, Attorney for
                                CLYDE ARTHUR STROHL

DATED: January 11, 2008         /s/ Stanley Boone
                                STANLEY BOONE, Assistant United
                                States Attorney for the Eastern District

**ORDER**

Good cause appearing, it is hereby ordered that defendant be released to his family members upon return to the Eastern District, without the need for a pre-release in-court hearing.  The conditions of defendant's pretrial release through Pretrial Services shall remain as previously set.  The date for the status hearing of January 28, 2008 at 1:30 p.m. shall remain as previously set, and the defendant is ordered to appear.

IT IS SO ORDERED.

**Dated:   January 11, 2008**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE