McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:04-CR-5244 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND PROPOSED ORDER |
| v. ) | |
| ) | |
| CLAUDE ARTHUR STROHL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone,  Assistant United States Attorney for Plaintiff, Katherine Hart, Attorney for Defendant CLAUDE ARTHUR STROHL, that the Status Conference presently set for October 14, 2008, at 9:00 a.m., may be continued to November 17, 2008, at 9:00 a.m.

The continuance is necessary due to Mr. Boone currently being in trial, will allow for the completion of the trial and allow the parties to opportunity to further discuss this matter before the status conference.

////

////

////

////

1

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

DATED: October 9, 2008         By     /s/ Stanley A. Boone
                                      STANLEY A. BOONE
                                      Assistant U.S. Attorney


DATE: October 9, 2008          By     /s/ Katherine Hart
                                      KATHERINE HART
                                      Attorney for Claude Arthur Strohl

**ORDER**

It is hereby ordered that the status conference currently set for October 14, 2008, at 9:00 a.m. may be continued to November 17, 2008, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   October 9, 2008**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE