McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br> v.  )<br>  )<br> CLAUDE ARTHUR STROHL,  )<br>  )<br>    Defendants.  )<br>  )<br>_____ ) | CASE NO.   1:04-CR-5244 OWW<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE AND ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, Katherine Hart, Attorney for Defendant CLAUDE ARTHUR STROHL, that the Status Conference presently set for November 17, 2008, at 9:00 a.m., may be continued to January 12, 2009, at 9:00 a.m.

The continuance is necessary due in order to discuss the disposition of defendant's case, in light of his present mental state, with the victims of the offense.

////

////

////

////

////

1

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

DATED: October 9, 2008          By      /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney


DATE: October 9, 2008           By      /s/ Katherine Hart
                                        KATHERINE HART
                                        Attorney for Claude Arthur Strohl

**ORDER**

It is hereby ordered that the status conference currently set for November 17, 2008, at 9:00 a.m. may be continued to January 12, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   November 13, 2008**                  **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE