KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
CLAUDE STROHL

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-04-5244 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE DATE AND STIPULATION TO REMOVE CLIENT FROM PRETRIAL SERVICES SUPERVISION |
| v. | |
| CLAUDE STROHL, et al., | New date requested: 2/23/09<br>Time: 9:00 a.m.<br>Dept: OWW |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

That the status conference date of January 12, 2009 at 9:00 a.m. be continued to February 23, 2009 at 9:00 a.m. as counsel for the government needs additional time to determine issues such as restitution, defendant himself is in a Hypana Board and Care Convalescent Home, and counsel for defendant is currently engaged in a long-term special circumstance homicide case in Fresno County Superior Court (Case Number F 08902368, People v. Felix Hernandez et

1

al.).

It is further stipulated between the parties on the basis of the recommendation of JACOB SCOTT, Pretrial Services Officer, that defendant be removed from Pretrial Services Supervision as defendant has many health concerns which are currently being addressed by the Veterans Administration and other health service providers.

Defendant specifically waives the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 and § 3162, and authorizes his attorney to consent to the new date.

DATED: January 6, 2009        /s/ Katherine Hart
                              KATHERINE HART, Attorney for
                              Defendant CLAUDE STROHL

DATED: January 6, 2009        /s/ Stanley Boone
                              STANLEY BOONE, Assistant United
                              States Attorney

## ORDER

Good cause appearing, it is hereby ordered that the status conference in the above-entitled case be reset to February 23, 2009;

It is further ordered that on the recommendation of Jacob Scott, Pretrial Services Officer, Pretrial Services supervision of defendant be terminated.

IT IS SO ORDERED.

**Dated:   January 7, 2009**          /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE