KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
CLYDE ARTHUR STROHL

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                             )<br>   Plaintiff,                         )<br>                                             )<br>                                             )<br>                                             )<br>                                             )<br>   v.                                     )<br>                                             )<br>                                             )<br>                                             )<br>CLYDE ARTHUR STROHL, et al. )<br>                                             )<br>   Defendant.                      )<br>_____) | CR-F-04-5244 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE FROM FEBRUARY 23, 2009 AT 9:00 a.m. to MARCH 30, 2009 at 9:00 a.m.<br><br>Proposed  Date: 3/30/2009<br>Time: 9:00 a.m.<br>Dept: OWW |

IT IS HEREBY STIPULATED AMONG COUNSEL AS FOLLOWS:

That the status conference previously set for February 23, 2009 at 9:00 a.m. be continued to March 30, 2009 to allow the government further time to investigate issues of Defendant's mental competency and to investigate issues of restitution;

It is further stipulated that time will be excluded under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq. in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy

1

trial.

DATED: February 19, 2009    /s/ Katherine Hart
KATHERINE HART, Attorney for
CLYDE STROHL

DATED: February 19, 2009    /s/ Stanley Boone
STANLEY BOONE, Assistant United
States Attorney

## ORDER

Good cause appearing it is hereby ordered that the status conference previously set for February 23, 2009 at 9:00 a.m. be reset to March 30, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   February 19, 2009**         /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

2