LAWRENCE G. BROWN
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:04-CR-5244 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE AND ORDER |
| v. | ) |
| CLAUDE ARTHUR STROHL, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, Katherine Hart, Attorney for Defendant CLAUDE ARTHUR STROHL, that the Status Conference presently set for March 30, 2009, at 9:00 a.m., may be continued to May 18, 2009, at 9:00 a.m.

The continuance is necessary due in order to discuss the disposition of defendant's case, in light of his present mental state, with the victims of the offense.

////
////
////
////

1

////

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

DATED: March 26, 2009            By     /s/ Stanley A. Boone
                                                                          STANLEY A. BOONE
                                                                          Assistant U.S. Attorney

DATE: March 26, 2009              By     /s/ Katherine Hart
                                                                          KATHERINE HART
                                                                          Attorney for Claude Arthur Strohl

**ORDER**

It is hereby ordered that the status conference currently set for March 30, 2009, at 9:00 a.m. may be continued to May 18, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated: March 26, 2009**                    **/s/ Oliver W. Wanger**
                                                             UNITED STATES DISTRICT JUDGE