KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
CLYDE ARTHUR STROHL

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-04-5244 OWW |
| Plaintiff, | STIPULATION TO WAIVE DEFENDANT'S PERSONAL PRESENCE |
| CLYDE ARTHUR STROHL et al. | Date: May 18, 2009 |
| Defendant. | Time: 9:00 a.m<br>Dept.: OWW |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR CLYDE ARTHUR STROHL AS FOLLOWS:

That due to defendant's physical infirmity, both sides waive his personal presence and request that the court waive his personal presence at the status hearing held May 18, 2009.

DATED: May 18, 2009          /s/ Katherine Hart
                             KATHERINE HART, Attorney for
                             CLYDE ARTHUR STROHL

1

DATED: May 18, 2009          /s/ Stanley Boone
                             STANLEY BOONE, Assistant United
                             States Attorney for the Eastern District

## ORDER

Good cause appearing, defendant's personal presence at the status hearing held May 18, 2009 is hereby waived.

IT IS SO ORDERED.

**Dated:   May 18, 2009**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE